# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATROCINA A. RAMSEY, | Case No. 1:19-cv-00405-DAD-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, | (ECF No. 7) |
| Defendant. | |

On March 29, 2019, the Court set a mandatory scheduling conference to take place on May 17, 2019. (ECF No. 5.) On May 9, 2019, the parties filed a stipulation requesting the Court continue the scheduling conference. (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently scheduled for May 17, 2019, is CONTINUED to June 5, 2019 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 10, 2019**

UNITED STATES MAGISTRATE JUDGE

1