# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 22) |

　　　　The scheduling order issued on June 6, 2019, and following modification on February 18, 2020, currently reflects the following dates and deadlines:

1. Non-Expert Discovery Deadline: May 8, 2020;
2. Expert Disclosure Deadline: May 15, 2020;
3. Supplemental Expert Disclosure Deadline: June 12, 2020;
4. Expert Discovery Deadline: August 12, 2020;
5. Dispositive Motion Filing Deadline: July 10, 2020;
6. Pre-trial Conference: December 14, 2020, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd; and
7. Trial: February 9, 2021, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd.

(ECF Nos. 11, 15.) On March 25, 2020, the parties filed a stipulated request to amend the scheduling order and continue the discovery deadlines in this matter due to the coronavirus (COVID-19) public health emergency in California. (ECF No. 22.) While the parties did not request a continuance of the trial date, modification of the pre-trial conference and trial dates is necessary to accommodate the change to the dispositive motion filing deadline.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Non-Expert Discovery Deadline: July 8, 2020;
2. Expert Disclosure Deadline: July 15, 2020;
3. Supplemental Expert Disclosure Deadline: August 12, 2020;
4. Expert Discovery Deadline: October 12, 2020;
5. Dispositive Motion Filing Deadline: September 10, 2020;
6. Pre-trial Conference: February 8, 2021, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd; and
7. Trial: April 13, 2021, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: __March 26, 2020__

UNITED STATES MAGISTRATE JUDGE