# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER RE THIRD STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER<br><br>(ECF No. 26) |

　　　　On May 26, 2020, a third stipulation was filed to amend the dates in the scheduling issued on June 6, 2019 and amended on February 18, 2020, and March 26, 2020.  The parties seek a four month extension of all pending dates due to the COVID-19 pandemic which has made it impossible to complete discovery within the established deadlines.  The Court finds that good cause exists to modify the scheduling order.

　　　　Accordingly, IT IS HEREBY ORDERED that the dates in the June 6, 2019 scheduling order, as modified on February 18, 2020 and March 26, 2020 are AMENDED as follows:

| | |
|---|---|
| Non-Expert Discovery: | November 6, 2020 |
| Expert Disclosure: | November 13, 2020 |
| Supplemental Expert Disclosure: | December 11, 2020 |
| Expert Discovery: | February 12, 2021 |

1

1 | Dispositive Motion Filing Deadline: January 8, 2021
2 | Pre-Trial Conference: June 7, 2021, at 1:30 p.m. in Courtroom 5
3 | Trial: August 10, 2021, at 8:30 a.m. in Courtroom 5

All other aspects of the June 6, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**May 29, 2020**__

UNITED STATES MAGISTRATE JUDGE