# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>    Plaintiff,<br><br>v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER CORRECTING THE COURT'S AUGUST 7, 2020 ORDER AND FURTHER MODIFYING THE SCHEDULING ORDER<br><br>(ECF Nos. 28, 29) |

On August 7, 2020, pursuant to the parties' stipulation and good cause presented, the Court entered an order modifying the scheduling order in this action. (ECF Nos. 28, 29.) Upon review of the order, while the amended pre-trial conference and trial dates were entered correctly, the Court finds an administrative error was made and the incorrect pre-trial deadlines were entered in the August 7, 2020 order. (ECF No. 29.) Accordingly, the Court shall further modify the scheduling order to correct the pre-trial deadlines. The pre-trial conference set for October 12, 2021, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd, and the trial set for December 7, 2021, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd, shall remain set for such dates as previously ordered.[1]

///

---

[1] While the parties had requested a pre-trial conference date on October 4, 2021 (ECF No. 28), the Court was unavailable on such date.

Accordingly, pursuant to the parties' stipulation and recognizing the error in the Court's August 7, 2020 order, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: March 5, 2021;
2. Expert Disclosure Deadline: March 12, 2021;
3. Supplemental Expert Disclosure Deadline: April 9, 2021;
4. Expert Discovery Deadline: June 11, 2021; and
5. Dispositive Motion Filing Deadline: May 7, 2021.

All other dates and aspects of the scheduling order as previously modified, including the pre-trial conference on October 12, 2021, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd, and the trial date of December 7, 2021, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd, shall remain in effect.

IT IS SO ORDERED.

Dated:   **August 10, 2020**

UNITED STATES MAGISTRATE JUDGE