# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>   Plaintiff,<br><br>   v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No.  1:19-cv-00405-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 32) |

    The scheduling order was initially issued on June 6, 2019, and has been modified four times pursuant to the parties' stipulations, most recently on August 11, 2020.  (ECF Nos. 11, 15, 23, 27, 29, 30.)  On December 11, 2020, the parties filed a stipulated request to further amend the scheduling order and continue the discovery deadlines and dispositive motion deadline in this matter.  (ECF No. 32.)  The parties proffer they have diligently engaged in conducting extensive written discovery and have begun the process of taking at least nine depositions.  Due to conflicts with the trial calendars of counsel, as well as challenges posed by the COVID-19 public health emergency, the parties anticipate hardship in completing non-expert discovery by the current deadline of March 5, 2021.  The Court finds good cause to further modify the scheduling order based on the parties' stipulation, however, the Court will also continue the pre-trial conference date and the trial date in order to maintain the current length of time between the dispositive motion deadline and the pre-trial conference.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: April 5, 2021;
2. Expert Disclosure Deadline: April 12, 2021;
3. Supplemental Expert Disclosure Deadline: May 7, 2021;
4. Expert Discovery Deadline: July 9, 2021;
5. Dispositive Motion Filing Deadline: June 7, 2021;
6. Pre-trial Conference: November 1, 2021, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd; and
7. Trial: February 1, 2022, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: **December 15, 2020**

UNITED STATES MAGISTRATE JUDGE