# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 43) |

The scheduling order was initially issued on June 6, 2019, and has been modified multiple times pursuant to the parties' stipulations, most recently on February 25, 2021. (ECF Nos. 11, 15, 23, 27, 29, 30, 33, 35.) The current expert discovery deadline is October 9, 2021. (ECF No. 35.) On February 24, 2021, the parties filed a stipulated request to further amend the scheduling order and continue the expert discovery deadline by a period of ninety (90) days. (ECF No. 43.) Since the most recent modification of the scheduling order, the parties have completed nonexpert discovery and exchanged expert reports. (Id. at 2.) On August 10, 2021, Defendant filed a motion for summary judgment that is currently pending a decision from the District Judge. (ECF No. 37.) The parties wish to extend the expert discovery deadline as a decision on the motion for summary judgment may render further expert discovery unnecessary, and such extension would not require the continuance of other dates in the scheduling order. (Id.)

1

Pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Expert Discovery Deadline: January 7, 2022.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **September 16, 2021**

UNITED STATES MAGISTRATE JUDGE