# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 45) |

The scheduling order for this matter was initially issued on June 6, 2019, and has been modified multiple times pursuant to the parties' stipulations, most recently on September 16, 2021. (ECF Nos. 11, 15, 23, 27, 29, 30, 33, 35, 44.) The current expert discovery deadline is January 7, 2022; the pretrial conference is set for February 14, 2022; and trial is set for May 10, 2022. (See ECF Nos. 35, 44.) On August 10, 2021, Defendant filed a motion for summary judgment that is currently pending before the District Judge. (ECF No. 37.) The parties seek to extend the expert discovery deadline on the basis that a decision on the motion for summary judgment may render further expert discovery unnecessary, or else may limit the relevant scope of such discovery. (ECF No. 45.) The parties additionally seek to continue the pretrial and trial dates in light of the pending motion, in order to avoid the potentially unnecessary costs being incurred by the parties in completing expert discovery and preparing for the pretrial conference and trial. The Court finds

good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Expert Discovery Deadline: **May 27, 2022**;
2. Pretrial Conference: **July 18, 2022, at 2:00 p.m. in Courtroom 5**; and
3. Trial: **September 27, 2022, at 8:30 a.m. in Courtroom 5**.

IT IS SO ORDERED.

Dated:   **November 23, 2021**

UNITED STATES MAGISTRATE JUDGE