# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>           Plaintiff,<br><br>      v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 1:19-cv-00405-DAD-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 49) |

The scheduling order for this matter was initially issued on June 6, 2019, and has been modified multiple times pursuant to the parties' stipulations, most recently on November 23, 2021. (ECF Nos. 11, 15, 23, 27, 29, 30, 33, 35, 44, 46.) The current expert discovery deadline is May 27, 2022; the pretrial conference is set for July 18, 2022; and trial is set for September 27, 2022. (ECF No. 46.) On August 10, 2021, Defendant filed a motion for summary judgment that is currently pending before the District Judge. (ECF No. 37.) On March 24, 2022, the parties filed a stipulation seeking to extend the expert discovery deadline on the basis that a decision on the motion for summary judgment may render further expert discovery unnecessary, or may limit the relevant scope of such discovery. (ECF No. 49.) The parties additionally seek to continue the pretrial conference and trial date in light of the pending motion, in order to avoid the potentially unnecessary costs being incurred by the parties in completing expert discovery and preparing for

the pretrial conference and trial. The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Expert Discovery Deadline: **October 21, 2022**;
2. Pretrial Conference: **December 19, 2022, at 2:30 p.m. in Courtroom 5**; and
3. Trial: **February 28, 2023, at 8:30 a.m. in Courtroom 5**.

IT IS SO ORDERED.

Dated:   **March 24, 2022**

UNITED STATES MAGISTRATE JUDGE