# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  1:19-cv-00405-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 59) |

      A scheduling order was entered in this matter on June 6, 2019, and has been modified multiple times for good cause.  (See ECF Nos. 11, 15, 23, 27, 29, 30, 33, 35, 44, 46, 50.)  On August 10, 2021, Defendant filed a motion for summary judgment, which is pending before the District Judge.  (ECF No. 37.)  On October 12, 2022, the parties filed a stipulated request to either vacate or continue the expert discovery cutoff, which the Court construes as a stipulated motion to modify the schedule.  (ECF No. 59.)  The parties proffer that, if summary judgment is denied, further expert discovery may be required and seek to either vacate the deadline entirely and reset it, as needed, after the Court rules on the pending motion, or to continue the deadline.  The Court finds good cause exists to continue the deadline.

      Accordingly, IT IS HEREBY ORDERED that the stipulated motion to modify the scheduling order (ECF No. 59) is GRANTED.  The scheduling order is modified as follows:

1. Expert Discovery Cutoff: **April 19, 2023**; and
2. All other aspects of the scheduling order, as previously modified, continue to remain in effect.

IT IS SO ORDERED.

Dated:   **October 13, 2022**

UNITED STATES MAGISTRATE JUDGE