# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>        Plaintiff,<br><br>   v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.  1:19-cv-00405-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 65) |

On August 10, 2021, Defendant filed a motion for summary judgment.  (ECF No. 37.)  On August 4, 2022, the then-assigned District Judge issued a minute order vacating the pretrial conference and jury trial dates pending the Court's ruling on the motion for summary judgment. (ECF No. 54.)  The expert discovery deadline was still in place, and not vacated.  On March 23, 2023, the parties filed a stipulated motion to either vacate or continue the expert discovery cutoff.  (ECF No. 63.)  On March 24, 2023, the Court granted the parties' motion and extended the expert discovery deadline until December 22, 2023.  (ECF No. 64.)

On November 28, 2023, the parties filed a second stipulated motion to either vacate the expert discovery deadline or, alternatively, continue the deadline until June 21, 2024.  (ECF No. 64.)  The parties proffer that the Court's pending ruling on Defendant's motion for summary judgment may render further expert discovery unnecessary or may otherwise limit the relevant scope of such discovery.  (Id. at 2.)  The parties therefore request the current expert discovery deadline be vacated or continued to avoid potentially unnecessary costs being incurred by the

parties in paying expert fees and conducting expert depositions.  (Id.)  The Court finds good cause exists to vacate the December 22, 2023 expert discovery deadline.

The Court informs the parties that due to the recent appointment of Judge de Alba to the Ninth Circuit, no District Judge is currently assigned to the pending action.[1]  The parties are reminded that Magistrate Judges are available to conduct case dispositive proceedings, including motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of a final judgment.  However, exercise of this jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent.  To consent or decline to Magistrate Judge jurisdiction, a party may sign and file the consent form available on the Court's website, at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.  Parties may consent, decline, or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent.

IT IS HEREBY ORDERED that the stipulated motion to VACATE the expert discovery deadline (ECF No. 65) is GRANTED.  The Court will reset the expert discovery deadline at the time it resets the dates for the pretrial conference and trial, if necessary, following the Court's ruling on Defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court emphasizes that aside from the recent appointment leaving this case unassigned to an active District Judge, the District Judges in the Eastern District are among the busiest in the nation.  (See ECF No. 40 entered in Case No. 1:20-cv-01069-ADA-SAB ("The parties are further advised that due to the judicial resource emergency and COVID pandemic, there are more than 130 motions currently under submission in Judge de Alba's recently re-assigned caseload.  The Court understands the impact that such a backlog has on the parties and although the Court will continue working diligently to resolve all pending motions, it may still be months before the parties' pending motion is resolved.  As such, in light of having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court strongly encourages the parties to consent to conduct all further proceedings before a U.S. Magistrate Judge.").)