# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY, § § § Plaintiff, § v. § § FARMERS NEW WORLD LIFE § INSURANCE COMPANY, § § Defendant. § § | CIVIL ACTION NO. 1:19-405-LHR |

## ORDER

The court is reviewing the pending motion for summary judgment in this matter. To permit oral argument on the motion, a Zoom hearing is set for **March 11, 2024**, at **1:30 P.M. CST**. In addition to the arguments raised in the briefings, the parties should be prepared to argue the role of unilateral or mutual mistake and what remedy is appropriate if either or both is found.

SIGNED on March 1, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge