# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATROCINA A. RAMSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  1:19-cv-00405-LHR-SAB<br><br>ORDER RE DEFENDANT'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 70) |
|---|---|

On March 6, 2024, Defendant Farmers New World Life Insurance Company filed a substitution of attorney form to substitute Michael A.S. Newman from Hinshaw & Culbertson LLP for Michael A.S. Newman from Maynard Nexsen PC. (ECF No. 70.)  The signatures for the substituting and withdrawing attorneys are identical.  It therefore appears counsel for Defendant is attempting to update his address rather than substitute an attorney pursuant to Local Rule 182(g).  Local Rule 182(f) dictates changes of address and does not require an order from the Court.  The Court notes the docket currently reflects Mr. Newman's updated contact information.  Because Defendant is not substituting an attorney for a withdrawing attorney, the Court shall deny Defendant's request as procedurally improper.

IT IS SO ORDERED.

Dated:  __March 7, 2024__　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1