# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>  Plaintiff,<br><br> v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY<br><br>  Defendant. | Case No. 1:19-cv-00405-LHR-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 80)<br><br>**JULY 3, 2025 DEADLINE** |

On June 2, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within 30 days.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents no later than July 3, 2025. Any request for an extension shall be supported by good cause. L.R. 160(b).

3. The Court directs the Clerk of the Court to terminate ECF No. 76.

IT IS SO ORDERED.

Dated:  **June 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge