# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:19-cv-00405-LHR-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 81)<br><br>**JULY 14, 2025 DEADLINE** |

On June 2, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed within 30 days. (ECF No. 80.) On June 3, 2025, the Court issued an order setting the deadline to file dispositional documents by July 3, 2025. (ECF No. 81.) The deadline to file dispositional documents has now expired, and the parties have failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not issue for the

failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing **no later than July 14, 2025**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the June 3, 2025 order (ECF No. 81).  Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **July 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge