James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559)438-2390
Facsimile: (559)438-2393

Attorneys for Plaintiff, PATROCINA A. RAMSEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PATROCINA A. RAMSEY,<br><br>                Plaintiff,<br><br>        v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY and DOES 1 to 50, inclusive<br><br>                Defendants. | CASE NO. 1:19-CV-00405-LHR-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER**<br><br><br>Action Filed:        2/13/19<br>Date of Removal: 3/28/19<br>Trial Date:        Not Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff PATROCINA A. RAMSEY voluntarily dismisses the above-captioned action, with prejudice. The parties to the action, including Plaintiff and Defendant FARMERS NEW WORLD LIFE INSURANCE COMPANY, hereby stipulate to the dismissal by and through their counsel of record.

///

///

///

///

1

1    The parties have agreed that each side shall bear its own costs and attorneys' fees.

2    IT IS SO STIPULATED.

3    Dated:   July 14, 2025

4                              WILKINS, DROLSHAGEN & CZESHINSKI LLP

5

6

7                              By    /s/ James H. Wilkins
                                     James H. Wilkins
8                                    Attorneys for Plaintiff, PATROCINA A. RAMSEY

9    Dated:   July 14, 2025

10                             HINSHAW & CULBERTSON LLP

11

12

13                             By    /s/ Michael A.S. Newman
                                     Michael A.S. Newman
14                                   Attorneys for Defendant, FARMERS NEW WORLD LIFE
                                     INSURANCE COMPANY
15

16

17                             **ORDER**

18    Based on the foregoing Stipulation and good cause appearing, IT IS ORDERED that the above-

19    captioned action is dismissed in its entirety, with prejudice.   Each side is to bear its own costs and

20    attorneys' fees.

21

22    Dated: 7/15/2025

23

24                             Lee H. Rosenthal
                               Senior United States District Judge
25

26

27

28

                                        2
                          STIPULATION FOR DISMISSAL; ORDER